IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL FALLON,<br><br>　　　　　*Plaintiff*,<br><br>　　v.<br><br>MERCY CATHOLIC MEDICAL CENTER OF SOUTHEASTERN PENNSYLVANIA D/B/A MERCY FITZGERALD HOSPITAL, *et al.*,<br><br>　　　　　*Defendants*. | CIVIL ACTION<br>No. 16-00834 |

## ORDER

**AND NOW**, this 9th day of August, 2016, upon consideration of Defendants' Motion to Dismiss (ECF No. 7), Paul Fallon's Response (ECF No. 8) and Defendants' Reply (ECF No. 9), it is **ORDERED** that the motion is **GRANTED**. Fallon's complaint is **DISMISSED** with prejudice and the Clerk of Court shall mark this case as **CLOSED**.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*/s/ Gerald J. Pappert*
　　　　　　　　　　　　　　　　　　GERALD J. PAPPERT, J.

1